# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-2103
LT Case No. 2012-DR-1456

_____

DONDI DELICATE,

    Appellant,

    v.

JONATHAN A. DELICATE,

    Appellee.

_____


On appeal from the Circuit Court for Citrus County.
Jason J. Nimeth, Judge.

Thomas L. Gurrola and Daniel E. Vega, of Liberty Law, PLLC,
Jacksonville, for Appellant.

Christopher L. Dunham, of Dunham & Ingram, LLC, Ocala, for
Appellee.

January 9, 2024


PER CURIAM.

    AFFIRMED.

JAY, BOATWRIGHT, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————